**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

JAY JONES                                                                                    PLAINTIFF

v.                                        2:24-cv-00191-DPM-JJV

TYRAN MCCRADIC,
Jail Administrator, Arkansas County Jail; *et al.*                     DEFENDANTS

## ORDER

Jay Jones ("Plaintiff") was confined in the Arkansas County Detention Center ("ACDC") when he filed this *pro se* action seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 1.) On October 30, 2024, I granted Plaintiff permission to proceed *in forma pauperis*, advised him of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, and cautioned him this case could be dismissed if he failed to properly do so. (Doc. 3.) Mail recently sent to Plaintiff at the ACDC has been returned undelivered because he is no longer there. (Doc. 6.) This case cannot continue if the Court and Defendants have no way to contact Plaintiff. (*Id.*) And, if Plaintiff has been released from custody, he may no longer be entitled to proceed *in forma pauperis*.

IT IS, THEREFORE, ORDERED THAT:

1.      The Clerk shall mail Plaintiff an *In Forma Pauperis* Application for individuals who are not in custody.

2.      If Plaintiff wishes to continue with this lawsuit, he must provide the Clerk with his current mailing address and, if he is no longer in custody, file a properly completed *In Forma Pauperis* Application. If Plaintiff does not do so **within thirty (30) days of the date of this Order**, I will recommend this case be dismissed without prejudice.

1

DATED this 10th day of December 2024.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE