IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAY JONES
ADC #157758                                                          PLAINTIFF

v.                        No. 2:24-cv-191-DPM

TYRAN MCCRADIC, Jail Administrator,
Arkansas County Jail; MICHAEL
SYNDER, Maintenance, Arkansas County
Jail; K. CREPPEL, Deputy, Stuttgart
Annex/Sheriff Office; and ELKENS,
Doctor, Arkansas County Jail                                        DEFENDANTS

ORDER

Jones's motion to voluntarily dismiss his claims, *Doc. 13*, is granted. Fed. R. Civ. P. 41(a)(1)(A)(i). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 29 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2025