IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAY JONES
ADC #157758                                                                PLAINTIFF

v.                              No. 2:24-cv-191-DPM

TYRAN MCCRADIC, Jail Administrator,
Arkansas County Jail; MICHAEL
SYNDER, Maintenance, Arkansas County
Jail; K. CREPPEL, Deputy, Stuttgart
Annex/Sheriff Office; and ELKENS,
Doctor, Arkansas County Jail                                           DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2025